IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENERATE IP HOLDINGS LLC and GENERATE LIFE SCIENCES INC.,<br><br>Plaintiffs,<br><br>v.<br><br>GENERATE BIOMEDICINES, INC.,<br><br>Defendant. | Civil Action No. 21-cv-10179- DJC |

**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

Defendant Generate Biomedicines, Inc. ("Generate Biomedicines") hereby submits its answer and affirmative defenses to Plaintiff Generate IP Holdings LLC and Plaintiff Generate Life Sciences Inc. (collectively "Plaintiffs").

## INTRODUCTION

***Complaint Paragraph No. 1***

*This is an action for federal trademark infringement and unfair competition in violation of 15 U.S.C. § 1051 et seq., and common law trademark infringement and unfair competition.*

**Answer No. 1**

Defendant admits that Plaintiffs purport to state claims for federal trademark infringement and unfair competition pursuant to the Lanham Act (15 U.S.C. § 1051, *et seq.*), and trademark infringement and unfair competition pursuant to the common law of Massachusetts; otherwise, Defendant denies.

## JURISDICTION AND VENUE

***Complaint Paragraph No. 2***

*This Court has subject matter jurisdiction over the federal trademark infringement and unfair competition claims pursuant to 15 U.S.C. § 1121. This Court has supplemental jurisdiction over the remaining claims pursuant to 28 U.S.C. § 1367.*

**Answer No. 2**

Defendant admits.

***Complaint Paragraph No. 3***

*This Court has personal jurisdiction over Defendant because, on information and belief, Defendant has a principal place of business in Cambridge, Massachusetts, transacts business in Massachusetts, and has committed federal trademark infringement and other torts, as alleged herein, in Massachusetts and this district.*

**Answer No. 3**

Defendant admits that this Court has personal jurisdiction over it in this suit as a company with its principal place of business in Massachusetts that transacts business within the Commonwealth of Massachusetts, but denies the remaining contentions, including that it has committed tortious acts in this District.

***Complaint Paragraph No. 4***

*Venue is appropriate in this judicial district pursuant to 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to the claims occurred in this judicial district and because Defendant is subject to personal jurisdiction in this district.*

**Answer No. 4**

Defendant admits.

## THE PARTIES

***Complaint Paragraph No. 5***

*Plaintiff Generate IP Holdings LLC ("GIP") is a Delaware limited liability company with a principal place of business in Los Angeles, California.*

**Answer No. 5**

Defendant admits that Generate IP Holdings LLC is a Delaware limited liability company; otherwise, Defendant is without knowledge or information sufficient to form a belief as to the truth of Plaintiffs' allegations and denies.

***Complaint Paragraph No. 6***

*Plaintiff Generate Life Sciences Inc. ("GLS") is a Delaware corporation with a principal place of business in Los Angeles, California.*

**Answer No. 6**

Defendant is without knowledge or information sufficient to form a belief as to the truth of Plaintiffs' allegations and denies.

***Complaint Paragraph No. 7***

*On information and belief, Defendant Generate Biomedicines, Inc. is a Delaware corporation with a principal place of business at 55 Cambridge Parkway, Suite 800E, Cambridge, Massachusetts 02142.*

**Answer No. 7**

Defendant admits.

## RELEVANT FACTS
### Plaintiffs' Trademarks, Goods, and Services

***Complaint Paragraph No. 8***

*GLS, through its subsidiaries, has been providing reproductive services in and across the United States for more than 40 years. Over the past 29 years, GLS subsidiaries added other services, including, but not limited to, newborn stem cell processing and preservation, medical device sales, a healthcare technology platform, and investigational new drug research to their services.*

**Answer No. 8**

Defendant is without knowledge or information sufficient to form a belief as to the truth of Plaintiffs' allegations and denies.

***Complaint Paragraph No. 9***

*GLS subsidiary California Cryobank LLC ("CCB") is the world's premier donor sperm and egg bank.*

**Answer No. 9**

Defendant is without knowledge or information sufficient to form a belief as to the truth of Plaintiffs' allegations and denies.

***Complaint Paragraph No. 10***

*Since its founding in 1992, GLS subsidiary CBR Systems, Inc. ("CBR") has been providing newborn stem cell processing and preservation services. CBR is the world's largest stem cell collection and storage company and leads the industry in technical innovations related to medical treatments and therapies using stem cells. CBR is currently collaborating with an immunotherapy company to evaluate a cell-based therapeutic for treating patients with acute respiratory distress syndrome ("ARDS") caused by COVID-19. This research has been included in an Investigational New Drug application submitted to the United States Food and Drug Administration, which recently granted authorization to proceed.*

**Answer No. 10**

Defendant is without knowledge or information sufficient to form a belief as to the truth of Plaintiffs' allegations and denies.

***Complaint Paragraph No. 11***

*In August 2018, CCB and CBR were acquired by a common parent company (the predecessor to GLS), and their business operations were merged. The resulting business is the leading player in the stem cell storage and reproductive tissue services markets.*

**Answer No. 11**

Defendant is without knowledge or information sufficient to form a belief as to the truth of Plaintiffs' allegations and denies.

***Complaint Paragraph No. 12***

*Since at least as early as October 2019, CCB, CBR and their related and affiliated business entities have operated and continue to operate under the umbrella brand "Generate Life Sciences."*

**Answer No. 12**

Defendant is without knowledge or information sufficient to form a belief as to the truth of Plaintiffs' allegations and denies.

***Complaint Paragraph No. 13***

*GIP is a wholly-owned subsidiary of CCB and owns certain intellectual property rights and assets related to the business operations of CCB and its related and affiliated business entities, including, but not limited to, GLS and CBR.*

**Answer No. 13**

Defendant is without knowledge or information sufficient to form a belief as to the truth of Plaintiffs' allegations and denies.

***Complaint Paragraph No. 14***

*Plaintiffs own the trademark GENERATE for, among other things, biomedical services, cryogenic stem cell and tissue preservation, genetic testing, and reproductive services (the "GENERATE Mark"), and have used the GENERATE Mark consistently in commerce since at least as early as October 23, 2019.*

**Answer No. 14**

Defendant is without knowledge or information sufficient to form a belief as to the truth of Plaintiffs' allegations and denies.

***Complaint Paragraph No. 15***

*In December 2019, Plaintiffs acquired the registration for and the right to use the URL www.generate.com.*

**Answer No. 15**

Defendant is without knowledge or information sufficient to form a belief as to the truth of Plaintiffs' allegations and denies.

***Complaint Paragraph No. 16***

*Through Plaintiffs' widespread and continuous promotion and use of the GENERATE Mark in the U.S., the GENERATE Mark has come to identify goods and services originating exclusively from Plaintiffs and their related and affiliated business entities and is distinctive of Plaintiffs' high-quality goods and services.*

**Answer No. 16**

Defendant is without knowledge or information sufficient to form a belief as to the truth of Plaintiffs' allegations and denies.

***Complaint Paragraph No. 17***

*GIP owns two federal trademark registrations for the GENERATE Mark, as follows (the "GENERATE Registrations"):*

*a) U.S. Trademark Registration No. 6181209 for the mark GENERATE covering certain goods and services in International Classes 39, 40, 42 and 44; and*

*b) U.S. Trademark Registration No. 6181210 for the mark GENERATE LIFE SCIENCES covering certain goods and services in International Classes 39, 40, 42 and 44.*

*Certificates of registration for the GENERATE Registrations are attached hereto as Exhibit A.*

**Answer No. 17**

Defendant admits that the U.S. Patent & Trademark Office lists Plaintiff Generate IP Holdings LLC as the owner of the GENERATE and GENERATE LIFE SCIENCES marks depicted in, respectively, Registration Nos. 6,181,209 and 6,181,210 and that copies of the registration certificates for these marks are attached as Exhibit A; otherwise, Defendant is without knowledge or information sufficient to form a belief as to the truth of Plaintiffs' allegations and denies.

***Complaint Paragraph No. 18***

*Each of the GENERATE Registrations is valid and enforceable.*

**Answer No. 18**

Defendant admits that the GENERATE Registrations are active registrations; otherwise, Defendant is without knowledge or information sufficient to form a belief as to the truth of Plaintiffs' allegations and denies.

***Complaint Paragraph No. 19***

*GIP has not abandoned the GENERATE Registrations.*

**Answer No. 19**

Defendant is without knowledge or information sufficient to form a belief as to the truth of Plaintiffs' allegations and denies.

***Complaint Paragraph No. 20***

*Each of the GENERATE Registrations has a priority date of August 7, 2019, and a first use in commerce date of December 31, 2019.*

**Answer No. 20**

Defendant admits that Serial Nos. 88/569,644 and 88/569,661, which issued as the GENERATE Registrations, were filed on August 7, 2019 and that the GENERATE Registrations list a first use in commerce date of December 31, 2019; otherwise, Defendant is without knowledge or information sufficient to form a belief as to the truth of Plaintiffs' allegations and denies.

***Complaint Paragraph No. 21***

*The GENERATE Registrations are prima facie evidence of the validity of the registered marks and of the registration of the marks, of GIP's ownership of the marks, and of GIP's exclusive right to use the registered marks in commerce on or in connection with the goods or services specified in the registration certificates.*

**Answer No. 21**

Plaintiffs' allegations in paragraph 21 consist entirely of a legal conclusion to which no response is required; to the extent a response is required, Defendant denies.

**DEFENDANT'S USE OF AN INFRINGING MARK**

***Complaint Paragraph No. 22***

*On information and belief, Defendant is a provider of biomedicine services intended for pioneering generative biology to create breakthrough therapeutics using biology, machine learning, and biological engineering.*

**Answer No. 22**

Defendant admits that it is a therapeutics company that uses biology, machine learning, and biological engineering to create breakthrough medicines; otherwise, Defendant denies.

***Complaint Paragraph No. 23***

*On information and belief, Defendant offers its goods and services under the marks GENERATE and GENERATE BIOMEDICINES (collectively, "Defendant's Marks") to consumers throughout the United States.*

**Answer No. 23**

Defendant admits.

***Complaint Paragraph No. 24***

*On information and belief, Defendant began using Defendant's Marks no earlier than January 13, 2020.*

**Answer No. 24**

Defendant admits.

***Complaint Paragraph No. 25***

*On information and belief, Defendant began using Defendant's Marks in commerce no earlier than September 2020.*

**Answer No. 25**

Defendant denies.

***Complaint Paragraph No. 26***

*Defendant has filed two federal trademark applications for the mark GENERATE, as follows (the "Defendant's Applications"):*

*a) U.S. Trademark Application Serial No. 88701131 for the mark GENERATE covering certain goods in International Classes 1 and 5, filed November 21, 2019;*

*and*

*b) U.S. Trademark Application Serial No. 88813592 for the mark GENERATE covering certain services in International Classes 9 and 42, filed February 27, 2020.*

**Answer No. 26**

Defendant denies that Application Serial No. 88/813,592 solely covers services, for the application also covers certain goods in International Class 9; otherwise, Defendant admits.

***Complaint Paragraph No. 27***

*GIP initiated an opposition proceeding against Defendant's Applications before the Trademark Trial and Appeal Board on October 28, 2020.*

**Answer No. 27**

Defendant admits.

***Complaint Paragraph No. 28***

*Plaintiffs have been forced to file this action to preserve their trademark rights and prevent consumer confusion.*

**Answer No. 28**

Defendant denies.

**COUNT I**
**INFRINGEMENT OF A REGISTERED TRADEMARK**
**IN VIOLATION OF 15 U.S.C. § 1114**
**(GIP Against Defendant)**

***Complaint Paragraph No. 29***

*Paragraphs 1-28 are realleged and incorporated herein by reference.*

**Answer No. 29**

Defendant incorporates herein, as if stated in full, its responses to the foregoing paragraphs.

***Complaint Paragraph No. 30***

*Defendant is using a mark or symbol in commerce that is likely to cause confusion, or to cause mistake, or to deceive, and likely to cause purchasers and potential purchasers to falsely believe that Defendant's goods and services are sponsored by, approved by, or affiliated with GIP, or that GIP's goods and services are sponsored by, approved by, or affiliated with Defendant.*

**Answer No. 30**

Defendant denies.

***Complaint Paragraph No. 31***

*Defendant is using in commerce a mark or symbol that is identical to, substantially indistinguishable from, a colorable imitation of, or confusingly similar to the marks in one or more of GIP's GENERATE Registrations, and the unauthorized use of such mark by Defendant in commerce is likely to cause damage and other irreparable injury to GIP unless such use is enjoined by this Court, GIP having no adequate remedy at law.*

**Answer No. 31**

Defendant denies.

***Complaint Paragraph No. 32***

*Defendant's use of a mark in commerce that is identical to, substantially indistinguishable from, a colorable imitation of, or confusingly similar to the marks in one or more of GIP's GENERATE Registrations constitutes an infringement of GIP's rights in violation of 15 U.S.C. § 1114.*

**Answer No. 32**

Defendant denies.

***Complaint Paragraph No. 33***

*Defendant's aforesaid acts are being committed with knowledge of GIP's GENERATE Mark and GENERATE Registrations. Defendant's acts are, therefore, intentional, willful, and maliciously calculated to cause confusion, to cause mistake, or to deceive. As such, this is an exceptional case.*

**Answer No. 33**

Defendant denies.

***Complaint Paragraph No. 34***

*Under 15 U.S.C. § 1117, GIP is entitled to recover from Defendant: (1) Defendant's profits, (2) any damages sustained by GIP, and (3) the costs of the instant action.*

**Answer No. 34**

Defendant denies.

***Complaint Paragraph No. 35***

*Further, based on the nature of Defendant's violation of GIP's trademark rights, GIP is entitled to reasonable attorneys' fees, treble damages, and/or enhanced profits.*

**Answer No. 35**

Defendant denies.

***Complaint Paragraph No. 36***

*GIP has been or is likely to be irreparably damaged by Defendant's use of an infringing mark in the United States and will continue to be irreparably damaged unless immediately and permanently enjoined by this Court.*

**Answer No. 36**

Defendant denies.

## COUNT II
## FEDERAL UNFAIR COMPETITION IN VIOLATION OF 15 U.S.C. § 1125(a)
## (Plaintiffs Against Defendant)

***Complaint Paragraph No. 37***

*Paragraphs 1-28 are realleged and incorporated herein by reference.*

**Answer No. 37**

Defendant incorporates herein, as if stated in full, its responses to the foregoing paragraphs.

***Complaint Paragraph No. 38***

*In marketing and selling its goods and services in commerce in the United States, Defendant has used, in connection with its goods and services, a false designation of origin that is likely to cause confusion, to cause mistake, or to deceive others to believe that Defendant's goods and services are sponsored by, approved by, originate with, or are affiliated with Plaintiffs, or that Plaintiffs' goods and services are sponsored by, approved by, originate with, or are affiliated with Defendant. Defendant has caused its goods and services to be offered for sale in commerce with knowledge of such false designation of origin or description or representation.*

**Answer No. 38**

Defendant denies.

***Complaint Paragraph No. 39***

*Defendant has willfully promoted in commerce the sale of its goods and services in a manner so as to falsely designate an origin or an association with Plaintiffs and/or with Plaintiffs' GENERATE Mark, so as to be likely to cause confusion or mistake among purchasers as to the true origin, source, sponsorship, or affiliation of Plaintiffs' or Defendant's goods and services, all to Defendant's profit and Plaintiffs' damage.*

**Answer No. 39**

Defendant denies.

***Complaint Paragraph No. 40***

*Plaintiffs have been and/or will be irreparably damaged by the use of such false designation and/or representation and will continue to be irreparably damaged unless Defendant is enjoined by this Court, Plaintiffs having no adequate remedy at law.*

**Answer No. 40**

Defendant denies.

***Complaint Paragraph No. 41***

*Defendant's acts constitute unfair competition, false designation of origin, and false description in violation of 15 U.S.C. § 1125(a).*

**Answer No. 41**

Defendant denies.

***Complaint Paragraph No. 42***

*Under 15 U.S.C. § 1117, Plaintiffs are entitled to recover from Defendant: (1) Defendant's profits, (2) any damages sustained by Plaintiffs, and (3) the costs of the instant action.*

**Answer No. 42**

Defendant denies.

***Complaint Paragraph No. 43***

*Further, based on the willful nature of Defendant's violation of Plaintiffs' trademark rights, Plaintiffs are entitled to reasonable attorneys' fees and the trebling of such profits or damages.*

**Answer No. 43**

Defendant denies.

**COUNT III**
**COMMON LAW TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION**
**(Plaintiffs Against Defendant)**

***Complaint Paragraph No. 44***

*Paragraphs 1-28 are realleged and incorporated herein by reference.*

**Answer No. 44**

Defendant incorporates herein, as if stated in full, its responses to the foregoing paragraphs.

***Complaint Paragraph No. 45***

*Defendant's use of a mark that is confusingly similar to Plaintiffs' GENERATE Mark, in connection with goods and services which are the same as or are competitive with Plaintiffs' goods and services, is likely to cause confusion, to cause mistake, and to deceive.*

**Answer No. 45**

Defendant denies.

***Complaint Paragraph No. 46***

*Defendant is offering its goods and services for sale with full knowledge of Plaintiffs' GENERATE Mark.*

**Answer No. 46**

Defendant admits that it is aware of Plaintiffs' use of their GENERATE Mark.

***Complaint Paragraph No. 47***

*Defendant has promoted and offered for sale its goods and services in such a manner as to suggest an association, affiliation, or sponsorship with, or approval by Plaintiffs, or so as to cause, or be likely to cause, confusion or mistake among consumers as to the origin or sponsorship of Plaintiffs' or Defendant's goods or services, all to Defendant's profit and Plaintiffs' damage.*

**Answer No. 47**

Defendant denies.

***Complaint Paragraph No. 48***

*The aforesaid conduct by Defendant constitutes infringement of Plaintiffs' common law rights in and to Plaintiffs' GENERATE Mark, and further constitutes common law unfair competition, all of which has irreparably damaged and/or will irreparably damage Plaintiffs, together with their goodwill and reputation, unless Defendant is enjoined and restrained by this Court, Plaintiffs having no adequate remedy at law.*

**Answer No. 48**

Defendant denies.

## AFFIRMATIVE DEFENSES

By way of further answer and as affirmative defenses, Defendant denies that it is liable to Plaintiffs on any of the claims alleged and denies that Plaintiffs are entitled to damages, treble or punitive damages, equitable relief, attorneys' fees, costs, pre-judgment interest, or to any relief whatsoever.

**FIRST AFFIRMATIVE DEFENSE**
***Failure to State A Claim***

Plaintiffs fail to state a claim upon which relief can be granted. Among other things, Plaintiffs fail to identify between them as who owns certain rights in the marks GENERATE and GENERATE LIFE SCIENCES.

**RESPONSE TO PLAINTIFFS REQUEST FOR RELIEF**

Defendant denies that Plaintiffs are entitled to any of the relief they seek in their complaint.

**DEMAND FOR JURY TRIAL**

Pursuant to Fed. R. Civ. P. 38(b), Defendant respectfully demands a jury trial of all issues triable by jury.

Respectfully submitted,

Date: June 1, 2021

/s/ *John L. Strand*

John L. Strand (BBO # 654985)
jstrand@wolfgreenfield.com
Amanda B. Slade (BBO # 703951)
aslade@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
617.646.8000 Phone
617.646.8646 Fax

*Counsel for Generate Biomedicines, Inc.*

**CERTIFICATE OF SERVICE**

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

/s/ *John L. Strand*
John L. Strand